| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLUMBIA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this is an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Shillings' Cannery, L.L.C.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-1789040** |
| 4. | **Debtor's address** | **Principal place of business** **360 Water Street, S.E.** **Washington, DC 20003** Number, Street, City, State & ZIP Code  **District of Columb** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://shillingcanning.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Shillings' Cannery, L.L.C.** _____  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Shillings' Cannery, L.L.C.** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Debtor  **Shillings' Cannery, L.L.C.**                                   Case number (*if known*)
        Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor **Shillings' Cannery, L.L.C.**     Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 22, 2025**
               MM / DD / YYYY

X **/s/ Reid Shilling**             **Reid Shilling**
Signature of authorized representative of debtor      Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Justin P. Fasano**        Date **April 22, 2025**
Signature of attorney for debtor              MM / DD / YYYY

**Justin P. Fasano**
Printed name

**McNamee Hosea, P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone **301-441-2420**     Email address **jfasano@mhlawyers.com**

**MD21201 DC**
Bar number and State

## Resolutions of
## SHILLINGS' CANNERY, L.L.C.

WHEREAS, the undersigned, being the sole manager and sole member of the majority member of Shillings' Cannery, LLC (the "Company"), does hereby resolve as follows:

WHEREAS, the Company has determined it advisable and in its best interests to ratify and approve all such corporate actions noted herein;

WHEREAS, the Company has determined that it is in the best interests of the Company, its creditors, members and other interested parties that the Company file a petition for relief under the provisions of subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Chapter 11 Case"); and

WHEREAS, the Company has reviewed, considered, and received the recommendations of professionals and advisors to the Company as to the prospects and options for successfully reorganizing or liquidating through a chapter 11 bankruptcy proceeding;

NOW THEREFORE, IT IS HEREBY:

RESOLVED, that the Company shall file a voluntary petition for relief under the provisions of subchapter V of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Bankruptcy Court") under the provisions of subchapter V of chapter 11 of of the Bankruptcy Code in such form and at such time as the Company shall determine; and it is

FURTHER RESOLVED, that the Company shall retain the law firm of McNamee Hosea, P.A., to render legal services to the Company and to represent the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that the Company shall retain such other professionals as are necessary to perform professional services to the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on

behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Company to seek relief of behalf of the Company under chapter 11 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

Date: April 22, 2025                                SHILLINGS' CANNERY, L.L.C.
                                                    By: RES Hospitality LLC
                                                    By Reid Shilling

                                                    __/s/ Reid Shilling_____
                                                    Managing member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Shillings' Cannery, L.L.C.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **April 22, 2025** | X **/s/ Reid Shilling** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Reid Shilling** |
| | | Printed name |
| | | **Manager** |
| | | Position or relationship to debtor |

Fill in this information to identify the case:

Debtor name: **Shillings' Cannery, L.L.C.**
United States Bankruptcy Court for the: **DISTRICT OF COLUMBIA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FC 1331 LLC**<br>**5910 North Central Expressway**<br>**Suite 1100**<br>**Dallas, TX 75206** | | **Rent** | | | | **$148,649.45** |
| **District of Columbia**<br>**D.C. Treasurer**<br>**P.O. Box 2014**<br>**Washington, DC 20013** | | **Estimated Sales and Use Tax** | | | | **$50,000.00** |
| **JPMorgan Chase Bank NA** | | | | | | **$22,843.28** |
| **Americold** | | | | | | **$7,851.11** |
| **Alsco Uniforms**<br>**4900 Philadelphia Way**<br>**Lanham, MD 20706-4444** | | **Business debt** | | | | **$2,155.25** |
| **Industrial Steam Cleaning, Inc.**<br>**PO Box 1130**<br>**Rockville, MD 20849** | | **Business debt** | | | | **$2,099.55** |
| **Washington Gas Light Company**<br>**1000 Maine Ave, SW**<br>**Washington, DC 20024** | | **Business debt** | | | | **$1,777.98** |
| **American Express** | | | | | | **$1,657.15** |
| **Ecolab Pest Elimination Division**<br>**26252 Network Place**<br>**Chicago, IL 60673-1262** | | **Business debt** | | | | **$1,015.34** |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

| Debtor | **Shillings' Cannery, L.L.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Roberts Oxygen**<br>**PO Box 5507**<br>**Derwood, MD 20855** | | **Business debt** | | | | $785.32 |
| **Earth N Eats LLC**<br>**6938 Back Lane**<br>**Waynesboro, PA 17268** | | **Business debt** | | | | $769.00 |
| **Path Valley Farm**<br>**20410 Path Valley Road**<br>**Dry Run, PA 17220** | | **Business debt** | | | | $667.00 |
| **Orchard Point Oyster Co.**<br>**1220 Butterworth Court**<br>**Stevensville, MD 21666** | | **Business debt** | | | | $656.00 |
| **The Great Cheese Corp**<br>**1111 Wilso Drive**<br>**Baltimore, MD 21223** | | **Business debt** | | | | $616.85 |
| **Ecolab Inc**<br>**26252 Network Place**<br>**Chicago, IL 60673** | | **Business debt** | | | | $488.28 |
| **Ovoka Farm**<br>**750 Gap Run Road**<br>**Paris, VA 20130** | | **Business debt** | | | | $381.95 |
| **Shenandoah Seasonal**<br>**1390 Welltown Road**<br>**Clear Brook, VA 22624** | | **Business debt** | | | | $380.75 |
| **The Chefs Warehouse**<br>**PO Box 30944**<br>**New York, NY 10087-0944** | | **Business debt** | | | | $363.30 |
| **Mclean Wood Products, Inc.**<br>**25020 Willard Road**<br>**Chantilly, VA 20151** | | **Business debt** | | | | $330.00 |
| **Huntsman Specialty**<br>**8208 Cinder Bed Road # E**<br>**Lorton, VA 22079** | | **Business debt** | | | | $282.19 |

```
Alsco Uniforms
4900 Philadelphia Way
Lanham, MD 20706-4444


American Express


Americold


Bradshaw Rost, Esq.
4504 Walsh Street Suite 200
Chevy Chase, MD 20815


Conservice the Utility Experts
750 South Gateway Drive
River Heights, UT 84321


District of Columbia
D.C. Treasurer
P.O. Box 2014
Washington, DC 20013


Earth N Eats LLC
6938 Back Lane
Waynesboro, PA 17268


Ecolab Inc
26252 Network Place
Chicago, IL 60673


Ecolab Pest Elimination Division
26252 Network Place
Chicago, IL 60673-1262
```

FC 1331 LLC
5910 North Central Expressway
Suite 1100
Dallas, TX 75206


FC 1331 LLC
4855 North Technology Way
Suite 400
Dallas, TX 75206


Huntsman Specialty
8208 Cinder Bed Road # E
Lorton, VA 22079


Industrial Steam Cleaning, Inc.
PO Box 1130
Rockville, MD 20849


John C. Metz, Jr.
2260 Marietta Boulevard NW
Atlanta, GA 30318


JPMorgan Chase Bank NA



Mclean Wood Products, Inc.
25020 Willard Road
Chantilly, VA 20151


Michael Shilling
c/o Mohsin Reza
1750 Tysons Boulevard
Suite 1000
Mc Lean, VA 22102


Orchard Point Oyster Co.
1220 Butterworth Court
Stevensville, MD 21666

```
Ovoka Farm
750 Gap Run Road
Paris, VA 20130


Path Valley Farm
20410 Path Valley Road
Dry Run, PA 17220


Reid Shilling
c/o Mohsin Reza
1750 Tysons Boulevard
Suite 1000
Mc Lean, VA 22102


RES Hospitality LLC
360 Water Street, S.E.
Washington, DC 20003


Roberts Oxygen
PO Box 5507
Derwood, MD 20855


Sara Andrea Fernandez
737 W Lombard St Suite 195
Baltimore, MD 21201-1009


Shenandoah Seasonal
1390 Welltown Road
Clear Brook, VA 22624


Small Business Administration
403 3rd Street SW
Washington, DC 20416


Smart Thinking LLC
16192 Coastal Hwy
Lewes, DE 19958
```

Sunburst Trout Farms, LLC
314 Industrial Park Drive
Waynesville, NC 28786


The Chefs Warehouse
PO Box 30944
New York, NY 10087-0944


The Farm at Doe Run
324 Hicks Road
Coatesville, PA 19320


The Great Cheese Corp
1111 Wilso Drive
Baltimore, MD 21223


Top Hat Seafood


Washington Gas Light Company
1000 Maine Ave, SW
Washington, DC 20024


Wight Tea Company
1128 E 36th Street
Baltimore, MD 21218

# United States Bankruptcy Court
## District of Columbia

In re   **Shillings' Cannery, L.L.C.**
                        Debtor(s)

Case No.
Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Shillings' Cannery, L.L.C.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**RES Hospitality LLC
360 Water Street, S.E.
Washington, DC 20003**

☐ None [*Check if applicable*]

**April 22, 2025**
Date

**/s/ Justin P. Fasano**
**Justin P. Fasano**
Signature of Attorney or Litigant
Counsel for   **Shillings' Cannery, L.L.C.**
**McNamee Hosea, P.A.**
**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
**301-441-2420 Fax:301-982-9450**
**jfasano@mhlawyers.com**