# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 25-00145-ELG |
| SHILLINGS' CANNERY, L.L.C., ) | Chapter 11, Subchapter V |
| ) | |
| Debtor and Debtor-In-Possession. ) | |

## STATEMENT PURSUANT TO 11 U.S.C. § 1116 AND 1187(a)

Shillings' Cannery, L.L.C., LLC, debtor and debtor-in-possession (the "Debtor") (the "Debtor"), hereby appends its most recent federal tax return, which contains its balance sheet, statement of operations, and statement of cash flows. Debtor has requested fuller documents from its accountant which it will append to its petition upon receipt.

Dated: April 22, 2025                Respectfully submitted

*/s/ Justin P. Fasano*
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea. P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Proposed Counsel for Shillings' Cannery, L.L.C*