**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| IN RE: | ) |
| | ) |
| SHILLINGS' CANNERY, L.L.C., | ) |
| | ) |
| Debtor and Debtor-In-Possession. | ) |

Case No. 25-00145-ELG
Chapter 11, Subchapter V

_____

**MOTION TO SHORTEN DEADLINE FOR CREDITORS AND PARTIES-IN-**
**INTEREST TO FILE RESPONSES TO FIRST DAY MOTIONS**
**AND TO EXPEDITE HEARING**

Shillings' Cannery, L.L.C., the above captioned Debtor and Debtor in possession (the "Debtor"), by counsel, respectfully moves the Court to shorten the deadline for creditors and parties-in-interest to file responses to First Day Motions and to schedule an expedited hearing and, in support thereof, states as follows:

**Background**

1.      On April 22, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code.

2.      The Debtor continues to manage its affairs and property as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3.      The Debtor designated itself as a small business debtor and elected to proceed under Subchapter V (the Small Business Reorganization Act of 2020) of Chapter 11.

4.      No official committee of unsecured creditors will be appointed pursuant to Bankruptcy Code § 1181(b).

_____
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
_Proposed Counsel for Shillings' Cannery, L.L.C._

5.      The Debtor is a limited liability company organized under the laws of the District of Columbia. The Debtor operates a restaurant located at 360 Water Street, SE, Washington D.C. 20003 d/b/a "Shilling Canning Company."

6.      On April 22, 2025, the Debtor filed the following First Day Motions:

- Motion for Authority to Use Cash Collateral; (II) Grant Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b)

- Motion for Authorization to Pay Certain Prepetition Wages, Salaries and/or Other Compensation

(Collectively, the "First Day Motions").

## Relief Requested

7.      The First Day Motions consist of the Debtor's need to use cash collateral and the Debtor's motion to pay certain accrued but unpaid pre-petition wages of its employees.

8.      The U.S. Small Business Administration (the "SBA"), pursuant to an EIDL loan in the amount of approximately $564,000.00 (the "Pre-Petition Indebtedness"), evidenced by, among other things, a promissory note and UCC-1 Financing Statement, asserts a first-priority blanket lien on and against all assets of the Debtor (the "Pre-Petition Collateral"). The Debtor requires the immediate use of the Pre-Petition Collateral, including the cash collateral (the "Cash Collateral") pledged by the Debtor to fund its operating expenses.

9.      The Debtor's next payroll is due April 25, 2025, and must be funded by April 24, 2025.  Therefore, the Debtor requests a hearing on April 24, 2025.

10.      The Debtor respectfully requests that the Court schedule an expedited hearing as the Court's calendar will permit, and to shorten the deadline for creditors and parties-in-interest to file responses to the First Day Motions to one day prior thereto.

11.    The Debtor has served all secured and priority creditors via Federal Express or e-mail, as well as the 20 largest creditors.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order scheduling an expedited hearing as the Court's calendar will permit, and to shorten the deadline for creditors and parties-in-interest to file responses to the First Day Motions allow objections at the hearing, and grant such other and further relief as is just and appropriate.

Dated:  April 22, 2025                          Respectfully submitted

                                                */s/ Justin P. Fasano*                   
                                                Justin P. Fasano (DC Bar MD21201)
                                                McNamee Hosea. P.A.
                                                6404 Ivy Lane, Suite 820
                                                Greenbelt, MD 20770
                                                (301) 441-2420
                                                jfasano@mhlawyers.com
                                                *Proposed Counsel for Shillings' Cannery, L.L.C*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this April 22, 2025, a true and correct copy of the foregoing Motion to shorten the deadline for creditors and parties-in-interest to file responses to First Day Motions a has been furnished by Federal Express or via electronic transmission to:

Office of the United States Trustee
1725 Duke Street
Alexandria, VA 22314

Kelly Loeffler
SBA Administrator
U.S. Small Business Administration
409 3rd St. SW
Washington, DC 20416

Edward R. Martin
United States Attorney for the District of Columbia
United States Attorney's Office
601 D Street
Washington, DC 20004

Pam Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

And the Debtor's twenty largest creditors

*/s/ Justin P. Fasano*
Justin P. Fasano