**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: )<br>)<br>SHILLINGS' CANNERY, L.L.C., )<br>)<br>Debtor and Debtor-In-Possession. ) | Case No. 25-00145-ELG<br>Chapter 11, Subchapter V |
| SHILLINGS' CANNERY, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DISTRICT OF COLUMBIA )<br>OFFICE OF TAX AND REVENUE )<br>)<br>and )<br>)<br>DISTRICT OF COLUMBIA )<br>DEPARTMENT OF LICENSING AND )<br>CONSUMER PROTECTION )<br>)<br>Defendants. ) | Adv. Proc. No. _____ |

**COMPLAINT FOR DECLARATORY RELIEF, TEMPORARY RESTRAINING
ORDER, PRELIMINARY INJUNCTION, AND FOR VIOLATION OF THE
<u>AUTOMATIC STAY</u>**

Plaintiff Shillings Cannery, L.L.C. ("Plaintiff" or "Debtor"), by and through its undersigned counsel, McNamee Hosea, P.A., files this Complaint against the District of Columbia Office of Tax and Revenue ("OTR") and the District of Columbia Department of Licensing and Consumer Protection ("DLCP," and together with OTR, "Defendants"), and alleges as follows:

Justin P. Fasano (DC Bar MD21201)
Kevin R. Feig (DC Bar 460479)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel for Shillings' Cannery, L.L.C.*

## NATURE OF THE ACTION

1. This action seeks emergency relief to prevent Defendants from unlawfully conditioning the renewal of Plaintiff's business license on the payment of pre-petition tax liabilities, in violation of the automatic stay imposed by 11 U.S.C. § 362.

2. Plaintiff requests that this Court issue: (i) a declaratory judgment that Defendants' conduct violates the automatic stay; (ii) a temporary restraining order and preliminary injunction compelling Defendants to cease such violations and issue the required Clean Hands Certificate and business license; and (iii) any additional relief deemed appropriate.

## JURISDICTION

3. This Court has jurisdiction over the complaint pursuant to 28 U.S.C. §§ 157 and 1334.

4. Venue lies properly in this Court pursuant to 28 U.S.C. § 1409.

5. This matter is a core proceeding pursuant to 28 U.S.C. § 157.

## PARTIES

6. Plaintiff Shillings Cannery, L.L.C. is a District of Columbia limited liability company and the debtor in possession in this Chapter 11, Subchapter V bankruptcy proceeding, having filed a voluntary petition on April 22, 2025 (the "Petition Date").

7. Defendant, the Office of Tax and Revenue ("OTR") is an agency of the District of Columbia responsible for issuing Clean Hands Certificates.

8. Defendant District of Columbia Department of Licensing and Consumer Protection ("DLCP") is an agency of the District of Columbia responsible for issuing business licenses, contingent upon receipt of a Clean Hands Certificate from OTR.

## FACTUAL BACKGROUND

9. Debtor's business license expired on April 30, 2025, after the filing of the bankruptcy petition.

10. Debtor has attempted to renew its business license but has been informed by DLCP that it cannot do so without obtaining the Clean Hands Certificate from OTR.

11. OTR has refused to issue a Clean Hands Certificate unless Debtor first pays outstanding taxes that arose prior to the Petition Date.

12. The Clean Hands Certificate is a prerequisite to obtaining or renewing a business license from DLCP.

13. By conditioning the issuance of necessary permits on the payment of pre-petition claims, Defendants are violating the automatic stay imposed by 11 U.S.C. § 362(a).

## COUNT I
### (Violation of Automatic Stay – 11 U.S.C. § 362)

14. Plaintiff incorporates by reference, as if fully restated herein, the preceding allegations of the Complaint.

15. The refusal of OTR to issue the Clean Hands Certificate and business license based on unpaid pre-petition taxes constitutes a violation of the automatic stay under § 362(a)(3), (6), and (7).

16. By relying on OTR's refusal to issue a business license, DLCP has furthered and compounded this stay violation.

17. These actions prevent the Debtor from operating its business and maintaining its going-concern value, directly harming the estate and violating the Bankruptcy Code.

18. Plaintiff further seeks damages to the extent permitted under 11 U.S.C. § 362(k), as well as attorneys' fees and costs.

## COUNT II
### (Request for Temporary Restraining Order and Preliminary Injunction)

19. Plaintiff incorporates by reference, as if fully restated herein, the preceding allegations of the Complaint.

20. Plaintiff is entitled to immediate injunctive relief under Federal Rule of Bankruptcy Procedure 7065 and Federal Rule of Civil Procedure 65.

21. Plaintiff will suffer immediate and irreparable harm if it is not permitted to operate its business due to Defendants' unlawful refusal to issue a business license.

22. Plaintiff has no adequate remedy at law, as it faces the shutdown of its operations without judicial intervention.

23. Plaintiff is likely to succeed on the merits of its claim that Defendants' actions violate the automatic stay under 11 U.S.C. § 362.

24. The balance of equities tips in Plaintiff's favor, and the public interest is served by enforcement of the Bankruptcy Code.

25. Accordingly, Plaintiff seeks the issuance of a Temporary Restraining Order and Preliminary Injunction enjoining Defendants from withholding the Clean Hands Certificate and/or business license on the basis of unpaid pre-petition obligations.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that Defendants' conduct violates the automatic stay imposed by 11 U.S.C. § 362;

B. Issue a Temporary Restraining Order and Preliminary Injunction enjoining Defendants from conditioning the issuance of the Clean Hands Certificate or business license on the payment of pre-petition tax obligations;

  C. Compel Defendant OTR to issue the Clean Hands Certificate to Plaintiff without requiring payment of pre-petition tax liabilities;

  D. Compel Defendant DLCP to issue or renew Plaintiff's business license upon receipt of the Clean Hands Certificate, regardless of pre-petition debts;

  E. Award Plaintiff reasonable attorney's fees and costs; and

  F. Grant such other and further relief as this Court deems just and proper.

Dated: June 20, 2025    Respectfully submitted

    */s/ Kevin R. Feig*
    Justin P. Fasano (DC Bar MD21201)
    Kevin R. Feig, Bar No. 460479
    McNamee Hosea. P.A.
    6404 Ivy Lane, Suite 820
    Greenbelt, MD 20770
    (301) 441-2420
    jfasano@mhlawyers.com
    kfeig@mhlawyers.com
    *Counsel for Shillings' Cannery, L.L.C*