**In Re Shillings' Cannery LLC, Case No. 25-145**
**Cash Collateral Budget**

|  | Aug-25 | Sep-25 |
|---|---|---|
| **EXPECTED CASH ON HAND** | $90,000.00 | $100,419.00 |
| **EXPECTED REVENUE** | $150,000.00 | $150,000.00 |
| **EXPECTED SERVICE CHARGES 20%** | $30,000.00 | $30,000.00 |
| **EXPECTED TIPS 4%** | $6,000.00 | $6,000.00 |
| **EXPECTED REVENUE (INC. TIPS)** | $186,000.00 | $186,000.00 |
|  |  |  |
| RENT | 18581 | 18581 |
| PAYROLL | 75000 | 75000 |
| UTILITIES | 8000 | 8000 |
| TAXES | 15000 | 15000 |
| FOOD | 20000 | 20000 |
| ALCOHOL | 7500 | 7500 |
| SUPPLIES | 6000 | 6000 |
| TRUSTEE FEE | 1500 | 1500 |
| MARKETING | 2000 | 2000 |
| REPAIRS AND MAINTENANCE | 2000 | 2000 |
| GENERAL AND ADMIN | 15000 | 15000 |
| DIRECT EXPENSE (INCLUDES INSURANCE) | 5000 | 5000 |
|  |  |  |
| **TOTAL EXPENSES** | $175,581.00 | $175,581.00 |
|  |  |  |
| **FINAL CASH ON HAND** | $100,419.00 | $110,838.00 |