The order below is hereby signed.

Signed: August 11 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | )<br>) |
| | ) Case No. 25-00145-ELG |
| SHILLINGS' CANNERY, L.L.C., | ) Chapter 11, Subchapter V |
| | ) |
| Debtor and Debtor-In-Possession. | )<br>) |

**ORDER EXTENDING TIME TO ASSUME**
**OR REJECT UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY**

Upon consideration of the *Motion for Order Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* (the "Motion") filed by Shillings' Cannery, L.L.C. (the "Debtor"), and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that, pursuant to 11 U.S.C. § 365(d)(4), the deadline for the Debtor to assume or reject unexpired leases of non-residential real property is hereby EXTENDED TO AND INCLUDING November 18, 2025.

**END OF ORDER**

I ASK FOR THIS:

*/s/ Justin P. Fasano*
Justin P. Fasano, (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel for Shillings' Cannery, L.L.C.*

Copies to:

Justin P. Fasano
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770