## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:  ) | |
| ) | Case No. 25-00145-ELG |
| SHILLINGS' CANNERY, L.L.C.,  ) | Chapter 11, Subchapter V |
| ) | |
| Debtor and Debtor-In-Possession.  ) | |

### DEBTOR'S MOTION TO DISMISS CASE

Shillings' Cannery, L.L.C. ("Shillings'" or the "Debtor"), by counsel, files this *Motion to Dismiss Case* (the "Motion"), and in support thereof states:

### Jurisdiction

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157.

### The Chapter 11 Case

2. On April 22, 2025 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under subchapter V of chapter 11 of the Bankruptcy Code. The Debtor is continuing in possession of its property and the management of its business as a debtor-in-possession, pursuant to sections 1107, 1108, 1183 and 1184 of the Bankruptcy Code.

### The Debtor And Its Business Operations

3. The Debtor is a limited liability company organized under the laws of the District of Columbia. The Debtor operates a restaurant located at 360 Water Street, SE, Washington D.C.

Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel for Shillings' Cannery, L.L.C*

20003 d/b/a "Shilling Canning Company."

## The Case

4.      The Debtor initial saw a significant increase in year over year sales at the beginning of the case after federal workers returned to the office.  However, over the past several months, revenues have significantly declined to the point where the Debtor could not in good faith go forward with its proposed plan of reorganization or any other.  On Monday, October 13, 2025, the Debtor withdrew its Chapter 11 plan in this case.

## Relief Requested

5.      The Debtor respectfully requests that the Court dismiss the Debtor's case pursuant to 11 U.S.C. § 1112.

## Basis for Relief Requested

6.      Section 1112(b)(1) of the Bankruptcy Code provides:

> Except as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.

See 11 U.S.C. § 1112(b)(1).

7.      After making its last payroll, the Debtor will have no cash left.  The Debtor's physical assets and general intangibles are fully encumbered by an SBA lien.

8.      The Debtor's insiders have received and will receive no compensation during this case.  However, if the case is dismissed, the Debtor's insider's family members have agreed to fund the costs of paying the fees of the subchapter V trustee any remaining payroll.  In the event

of conversion there will be no funds to pay any claims.  Further, the Debtor's landlord will be further stayed from reclaiming its premises.

9.      Accordingly, it is in the best interest of the estate to dismiss this case.

## Conclusion

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order (i) dismissing the case;  and (ii) granting such other and further relief as the Court deems just and proper.

Dated:  October 15, 2025          Respectfully submitted,

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (DC Bar MD21201)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for Shillings' Cannery, L.L.C.*

3

## CERTIFICATE OF SERVICE

I further certify that on October 15, 2025, a copy of the foregoing Motion was served by CM/ECF to all parties receiving notice thereby, including Bradshaw Rost, Esq., counsel for the Landlord.

 /s/  Justin P. Fasano         
Justin P. Fasano
